IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLOS R. SMITH, SR.                                                           PLAINTIFF

               v.                     Civil No. 03-1093

DOUGLAS NORWOOD, Jailer,
Ouachita County, Arkansas; and PAUL LUCAS,
Sheriff, Ouachita County, Arkansas                                 DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Carlos R. Smith, Sr., filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on June 11, 2003. His complaint was filed in forma pauperis (IFP).

On May 9, 2005, defendants filed a motion for summary judgment (Doc. 32). On May 25, 2005, the undersigned entered an order (Doc. 35) directing Smith to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion. The plaintiff's response to the questionnaire was to be returned by July 5, 2005. The plaintiff's response to the questionnaire was not filed by July 5th.

On July 26, 2005, it came to the court's attention that the plaintiff had been moved to a different unit of the Arkansas Department of Correction. For this reason, a change of address was entered on his behalf (Doc. 36). The clerk was directed to re-mail to the plaintiff the summary judgment questionnaire. The plaintiff was also given an extension of time until August 8, 2005, to file his response to the questionnaire.

To date, the plaintiff has failed to respond to the questionnaire. The court's order and attached questionnaire have not been returned as undeliverable. The website maintained by the Arkansas Department of Correction, www.state.ar.us/doc/, shows plaintiff is still confined in the Benton Work Release Unit. The plaintiff has not sought an extension of time to respond to the

questionnaire. Plaintiff has not otherwise communicated with the court.

I therefore recommend Smith's claims be dismissed on the grounds he has failed to prosecute this action and comply with the orders of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of September 2005.

/s/ Bobby E. Shepherd
UNITED STATES MAGISTRATE JUDGE