IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CARLOS R. SMITH, SR.**                                                              **PLAINTIFF**

VS.                           Case No. 03-CV-1093

**DOUGLAS NORWOOD, Jailer,**
**Ouachita County, Arkansas, et al.**                                    **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bobby E. Shepherd. (Doc. 37). Plaintiff has not filed any objections to the Report and Recommendations. Therefore, the Court adopts the Report and Recommendations in toto. Plaintiff's claims are hereby dismissed on the ground that he has failed to prosecute this action and comply with the order of this Court.

**IT IS SO ORDERED** this 28th day of September, 2005.

                                                    /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Judge